

# NUMBER 13-22-00231-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF MISSION,                                                                 Appellant,

v.

AARON CERVANTES,                                                                 Appellee.

### On appeal from the County Court at Law No. 7
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Memorandum Opinion by Chief Justice Contreras

This matter is before the Court on appellant's motion to dismiss appeal. Appellant requests the dismissal, as it no longer wishes to challenge the trial court's order denying its plea to the jurisdiction.

The Court, having considered appellant's motion, is of the opinion that the motion

should be granted. *See* Tex. R. App. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
23rd day of June, 2022.